CITY OF BUFFALO, Respondent, *v.* EDMUND P. COTTLE et al., as Executors of OCTAVIUS O. COTTLE, Deceased, et al., Appellants, Impleaded with Others.

Submitted October 3, 1938; decided October 11, 1938.

*David Diamond, Corporation Counsel (Bertha J. Strootman* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

In the Matter of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property Required for the Opening and Extending of Whitlock Avenue, in the Borough of the Bronx.

430 EAST 59TH STREET CORPORATION et al., Respondents.

Submitted October 3, 1938; decided October 11, 1938.

Motions for reargument denied, with ten dollars costs and necessary printing disbursements. (See 278 N. Y. 276.)